**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JANE SWEET AND DAVID SWEET,

        Plaintiff(s),        CIVIL ACTION NO: 21-CV-12902
                                        HONORABLE ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

CITY OF MILAN, ET AL.,

        Defendant(s).
_____/

## ORDER OF DISMISSAL

      Counsel has submitted a notice of voluntary of dismissal pursuant to Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure as to the above-entitled matter, therefore;

      **IT IS ORDERED** that the above-entitled action be, and the same hereby is, **DISMISSED** without prejudice.

                                                      s/Robert H. Cleland
                                                      **ROBERT H. CLELAND**
                                                      **UNITED STATES DISTRICT JUDGE**

**Dated: July 26, 2022**